UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACK AKSEL RODE, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>FREDDIE MAC, J.P. MORGAN )<br>CHASE, CHASE HOME FINANCE, )<br>LLC, and THE COOPER CASTLE )<br>LAW FIRM, )<br>)<br>    Defendants. )<br>_____ ) | 2:11-CV-01644-PMP-CWH<br><br>**ORDER** |

   **IT IS ORDERED that** Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. #1) is **GRANTED**, and the Clerk of Court shall forthwith file Plaintiff's Complaint.

   **IT IS FURTHER ORDERED that** Plaintiff shall have to and including **December 12, 2011,** within which to file a response to Defendant's Motion to Dismiss (Doc. #3) filed October 27, 2011.

DATED:  November 21, 2011.

_____
PHILIP M. PRO
United States District Judge