UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACK AKSEL RODE,<br><br>           Plaintiff,<br><br>vs.<br><br>FREDDIE MAC, J.P. MORGAN CHASE, CHASE HOME FINANCE, LLC, and THE COOPER CASTLE LAW FIRM,<br><br>           Defendants. | 2:11-CV-01644-PMP-CWH<br><br>**ORDER** |

Plaintiff Jack Aksel Rode is proceeding in this case Pro Se. On November 21, 2011, the Court entered an Order (Doc. #8) granting Plaintiff's Application for Leave to Proceed *In Forma Pauperis* and directing the Clerk to file Plaintiff's Complaint. The Order further provided that Plaintiff shall have to and including December 12, 2011, within which to file a response to Defendants' pending Motion to Dismiss (Doc. #3).

However, Plaintiff Rode had already filed a response to Defendants' Motion to Dismiss on November 7, 2011 (Doc. #5) and Defendants' had filed a Reply Memorandum (Doc. #6) on November 16, 2011. Additionally, on November 21, 2011, Plaintiff filed an Amendment to the Complaint (Doc. #7). On November 21, 2011, the Clerk of Court filed Plaintiff's original Complaint as (Doc. #9).

///

The Court finds it necessary to attempt to bring some coherence to Plaintiff's pleadings to enable Defendants to Answer or otherwise respond. To do so, the Court will require Plaintiff Rode to file a single Amended Complaint on or before **January 5, 2012**, which shall, to the extent that Plaintiff wishes to do so, combine the allegations contained in his original Complaint (Doc. #9) and his Proposed Amendment to Complaint (Doc. #7).

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that Defendants shall have thereafter, to and including **February 6, 2012**, within which to file an Answer or otherwise respond to Plaintiff's Amended Complaint.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. #3) is **DENIED** without prejudice to renew the same following the filing of Plaintiff's Amended Complaint as authorized herein.

DATED: December 7, 2011.

_____
PHILIP M. PRO
United States District Judge