UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACK AKSEL RODE,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDDIE MAC, J.P. MORGAN CHASE, CHASE HOME FINANCE, LLC, and THE COOPER CASTLE LAW FIRM,<br><br>        Defendants. | 2:11-CV-01644-PMP-CWH<br><br>**ORDER** |

      Before the Court for consideration is Defendants' Ex Parte Motion to Amend the Court's December 7, 2011 Order (Doc. #15) filed December 22, 2011.

      Defendants are correct that Plaintiff's Supplement (Doc. #12) filed December 9, 2011 is moot as a result of this Court's Order (Doc. #11) entered December 7, 2011. No further order of the Court is required to clarify the status of Plaintiff's "Supplement" (Doc. #12).

      Neither is an order of the Court required with respect to Plaintiff's Motion to stop foreclosure sale as no such "motion" is pending before this Court. To the extent Plaintiff's Notice (Doc. #2) filed October 12, 2011 purports to constitute a "motion to stop foreclosure sale," said motion is denied.

///

1 | The Parties to this action shall proceed to comply with this Court's Order
2 | (Doc. #11) entered December 7, 2011.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED: December 27, 2011.
6 |
7 | _____
8 | PHILIP M. PRO
  | United States District Judge