UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACK AKSEL RODE, | 2:11-CV-01644-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| FREDDIE MAC, J.P. MORGAN CHASE, CHASE HOME FINANCE, LLC, and THE COOPER CASTLE LAW FIRM, | |
| Defendants. | |

  **IT IS ORDERED** that Plaintiff's Motion to Stay State Court Proceedings (Doc. #19) is **DENIED**.


DATED: January 27, 2012.


                   
PHILIP M. PRO
United States District Judge