UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACK AKSEL RODE,<br><br>           Plaintiff,<br><br>vs.<br><br>FREDDIE MAC, J.P. MORGAN CHASE, CHASE HOME FINANCE, LLC, and THE COOPER CASTLE LAW FIRM,<br><br>           Defendants. | 2:11-CV-01644-PMP-CWH<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff's Motion to Stay State Court Proceedings (Doc. #19) is **DENIED**.

DATED: January 27, 2012.

_____
PHILIP M. PRO
United States District Judge