1

UNITED STATES DISTRICT COURT

2                                   DISTRICT OF NEVADA

3                                          * * *

4

5

6   JACK AKSEL RODE,                          )
                                             )
7                Plaintiff,                   )        **O R D E R**
                                             )
8   vs.                                       )        2:11-CV-1644-PMP-CWH
                                             )
9   FREDDIE MAC, et al.,                      )
                                             )
10               Defendant.                   )
                                             )
11  _____)

12

13          The Court will not consider Defendant's Motion for Dismissal [21] on an ex parte basis.

14          **IT IS ORDERED** that Plaintiff shall, not later than February 21, 2012, respond to

15  Defendant's Motion for Dismissal.  Failure to do so will result in the granting of Defendant's

16  Motion for Dismissal.

17          DATED: January 30, 2012.

18

19                                              _____

20                                              PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28