UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JACK AKSEL RODE,

    Plaintiff,

vs.

FREDDIE MAC, et al.,

    Defendant.

**O R D E R**

2:11-CV-1644-PMP-CWH

    The Court will not consider Defendant's Motion for Dismissal [21] on an ex parte basis.

    **IT IS ORDERED** that Plaintiff shall, not later than February 21, 2012, respond to Defendant's Motion for Dismissal. Failure to do so will result in the granting of Defendant's Motion for Dismissal.

    DATED: January 30, 2012.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE