1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10   JACK AKSEL RODE,                              )
                                                   )
11                              Plaintiff,          )      Case No. 2:11-cv-01644-PMP-CWH
                                                   )
12   vs.                                            )      **ORDER**
                                                   )
13   FREDDIE MAC, *et al.*,                         )
                                                   )
14                              Defendants.         )
                                                   )
     _____)

15

16         This matter is before the Court on Plaintiff's Motion To Receive Notices by E-mail (#37), filed

17   on March 5, 2012.

18         Pursuant to the United States District Court of the District of Nevada's Special Order #109, the

19   ability to file and receive notices electronically is reserved for attorneys unless the Court grants a non-

20   attorney authorization to use the electronic filing system (CM/ECF).  Plaintiff Jack Rode requests that

21   the court allow him to receive notices in this case by e-mail.  Plaintiff may only receive electronic

22   notices by obtaining an account with CM/ECF.

23         Having reviewed and considered the matter, and good cause appearing,

24         **IT IS HEREBY ORDERED** that Plaintiff's Motion To Receive Notices by E-mail (#37) is

25   **granted**.  Plaintiff must comply with the following procedures in order to activate his CM/ECF

26   account:

27         a.      On or before **April 7, 2012**, Plaintiff must provide certification that he has completed the

28                 CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and

                   the Civil & Criminal Events Menu that are accessible on this court's website,

1            www.nvd.uscourts.gov.

2       b.       Plaintiff is not authorized to file or receive notices electronically until said certification

3              is filed with the Court within the time frame specified.

4       c.       Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the

5              CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

6    This the 6th day of March, 2012.

7

8                                   **C.W. Hoffman, JR.**

9                                   **United States Magistrate Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28