# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACK AKSEL RODE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01644-PMP-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FREDDIE MAC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion To Receive Notices by E-mail (#37), filed on March 5, 2012.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff Jack Rode requests that the court allow him to receive notices in this case by e-mail. Plaintiff may only receive electronic notices by obtaining an account with CM/ECF.

Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Receive Notices by E-mail (#37) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **April 7, 2012**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website,

1 | www.nvd.uscourts.gov.
2 | b. Plaintiff is not authorized to file or receive notices electronically until said certification
3 | is filed with the Court within the time frame specified.
4 | c. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the
5 | CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.
6 | This the 6th day of March, 2012.

_____
**C.W. Hoffman, JR.**
**United States Magistrate Judge**