UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACK AKSEL RODE, | 2:11-CV-01644-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| FREDDIE MAC, J.P. MORGAN CHASE, CHASE HOME FINANCE, LLC, and THE COOPER CASTLE LAW FIRM, | |
| Defendants. | |

Before the Court for consideration are Defendant's Ex Parte Motion for Dismissal of Plaintiff's Case (Doc. #21), Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. #28), and Plaintiff's Motion to Add Plaintiff (Doc. #36).

Also before the Court is Plaintiff's Motion to Compel (Doc. #26) which is the subject of a Report and Recommendation of the United States Magistrate Judge (Doc. #46) entered March 29, 2012.

Plaintiff has failed to respond to Defendants' Motions to Dismiss (Docs. #21 & #28), and in accord with the provisions of Local Rule 7-2, thereby consents to the granting of said motions. Additionally, a review of Defendants' Motions to Dismiss shows that Defendants are entitled to the relief requested on the merits.

Additionally, the purpose of Plaintiff Rode's Motion to Add Plaintiff (Doc. #36) is unclear and not capable of an affirmative order.  Finally, the Report and Recommendation of the Magistrate Judge shows clearly that Plaintiff's Motion to Compel (Doc. #26) should be denied.

**IT IS THEREFORE ORDERED** that Defendants' Motions to Dismiss (Docs. #21 and #28) are **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Add Plaintiff (Doc. #36) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. #46) is **AFFIRMED** and that Plaintiff's Motion to Compel (Doc. #26) is **DENIED**.

DATED: April 9, 2012.

PHILIP M. PRO
United States District Judge